666

and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 659. FLORIDA BLUE RIDGE CORP. *v.* TENNESSEE ELECTRIC POWER CO. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Howell Green* for petitioner. *Mr. Dan MacDougald* for respondent.

No. 663. CLUM *v.* GUARDIAN LIFE INSURANCE CO. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Gustave B. Garfield* for petitioner. *Mr. Walter L. Hill* for respondent.

No. 665. HASENBERG *v.* NEW YORK CREDITMEN'S ASSN. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. Bertram Wegman* and *Jesse Climenko* for petitioner. *Mr. George C. Levin* for respondent.

No. 580. MUNICIPAL COUNCIL OF SAN RAFAEL ET AL. *v.* HOSPITAL DE SAN JUAN DE DIOS. February 26, 1940. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Mr. Thomas E. Rhodes* for petitioners. *Mr. Gabriel La ó* for respondent.

No. 660. BATES *v.* UNITED STATES. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Herbert Pope*